## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JACOB W. CLENDENIN,  )
                                )
                Plaintiff,  )
                                )
vs.  )  Civil No.   16-cv-00601-JPG-CJP
                                )
NANCY A. BERRYHILL,  )
                                )
                Defendant.  )

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Jacob W. Clendenin.

**DATED**: 6/26/2017

                                        **JUSTINE FLANAGAN,**
                                        **Acting Clerk of Court**

                                        **BY: s/Tina Gray,**
                                            **Deputy Clerk**

**Approved:**
*s/J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**